# EXHIBIT 2

Fwd: Your Hotel Reservation at Borgata

**Brian Fritz**
To: Kristy McCabe
Fri 5/6/2022 3:47 PM

Hello Kristy McCabe.,

Thank you for choosing Borgata Hotel Casino & Spa. It is our pleasure to confirm the following reservation:

Room Confirmation: 1QWOGWRL
Room Type: Club King | No. of Guests: 1
Arrival: Jun 22, 2022 | Departure: Jun 23, 2022
You may always view the full details of your reservation here.

We look forward to seeing you soon. In the meantime, please consider the below recommendations to start planning your trip.



July 11, 2022

**VIA EMAIL ONLY** - LRogers@PikeCreekLoans.com
Lauren Rogers
Mortgage Processor
First State Mortgage/Pike Creek Home Loans
2100 Drummond Plaza Building 2
Newark, DE 19711

    Re:    Kristy McCabe, Esquire

Dear Lauren:

    Please accept this letter as confirmation of Kristy McCabe, Esquire's projected 2022 year end bonus.

    The calendar year 2022 has been exceptionally prosperous for our firm to date. We expect that the remainder of the year will provide record setting revenues for our organization.

    Kristy is a partner with the firm and our most senior employee. She has been integral to the success of the firm from not only a case handling standpoint, but also from a managerial and administrative standpoint, as well.

    Consequently, Kristy is entitled to share heavily in our prosperity, and we expect to recognize her contribution with a sizeable year-end bonus. It is fully expected that her bonus will far exceed ▓▓▓▓▓▓ and that amount is an extremely conservative projection.

                    Very truly yours,

                    FRITZ & BIANCULLI, LLC



## RE: 645 Bainbridge--2020 1099

**AS**  Adam Stuller <astuller@pikecreekloans.com>
To: Lauren Rogers; Kristy McCabe

↶ Reply   ↶ Reply All   → Forward

Mon 7/11/2022 8:55 AM

Lauren,

I just spoke to Kristy, the ▇▇▇ check was in fact ▇▇▇▇ income, her pay can be complicated sometimes and she got confused.

She doesn't get her bonus's until year end, so I requested two items to back up her bonus income to appease UW.

1. Copy of 2021 paycheck showing ▇▇▇▇ that matches her VOE
2. Letter from employer stating the bonus will not be coming until year end which is customary, and the bonus will be at leas▇▇▇

Adam



**Adam Stuller**
Mortgage Consultant | NMLS #169250
Pike Creek Mortgage Services, Inc.
2100 Drummond Plaza | Bldg. 2 | Newark DE 19711
(C) 302-588-4475 | (O) 302-281-3013 | (f) 302-281-3014
www.Adam.PikeCreekLoans.com | astuller@pikecreekloans.com

---

**From:** Lauren Rogers <lrogers@pikecreekloans.com>
**Sent:** Monday, July 11, 2022 8:47 AM
**To:** Kristy McCabe <kmccabe@fbesq.com>
**Cc:** Adam Stuller <astuller@pikecreekloans.com>
**Subject:** Re: 645 Bainbridge--2020 1099

Yes it is thank you!



# PAINT SCHEDULE

### 645 Bainbridge Drive, Mullica Hill, NJ 08062

All Ceilings, Interior of Archways, Trim, Doors & Wainscoting  SW 7000 (IBIS WHITE)

All Trim, Doors and Wainscoating in Semi Gloss Sheen

All walls and ceilings in Eggshell sheen

#### First Floor

| ROOM | PAINT |
|---|---|
| Foyer/Entry Way Stairs | SW 7507 (STONE LION) |
| Family Room/Kitchen | SW 9173 (SHITAKE) |
| Family Room Back Stair Wall, Upper Facing Wall of Family Room (See photos) | SW 7637 (OYSTER WHITE) |
| Living Room | SW 7637 (OYSTER WHITE) |
| Dining Room | SW 9152 (LET IT RAIN) |

Wenonah Waverunners :: Caler
330 44th St S, Brigantine, NJ 0
realtor.com/realestateandhomes-detail/330-44th-St-S_Brigantine_NJ_08203_M65316-82915?ex=2944758597
realtor.com
Buy
Sell
Rent
Mortgage
Find Realtors®
My Home
News & Insights
Advertise
Back
Brigantine, NJ
New Jersey
Atlantic County
Brigantine
330 44th St S
Ashore REALTY
Presented by: Dennis Allen
Brokered by: Ashore Realty, Inc.
330
1 / 37
For Sale
$1,595,950
Est. $8,511/mo
6 bed
3 bath
3,800 sqft
5,300 sqft lot
330 44th St S, Brigantine, NJ 08203
$420

**Fwd: US Open Golf Invite - Join Us in Boston Live**

Brian Fritz
To: Kristy McCabe

You replied to this message on 1/7/2022 7:22 AM.

Thu 1/6/2022 9:3[...]

Interest?

Brian E. Fritz, Esquire
FRITZ & BIANCULLI LLC

1515 Market Street, Suite 1801

Philadelphia, PA 19102

Main: 215-458-2222

Direct: 215-458-2220

Cell: 215-300-7474

Bfritz@fbesq.com


Sent from my iPhone

Begin forwarded message:

> From: Nick Helwig <nhelwig@princetongroupsports.com>
> Date: January 6, 2022 at 9:46:08 AM EST
> To: Brian Fritz <bfritz@fbesq.com>
> Subject: US Open Golf Invite - Join Us in Boston Live

Brian,

Fwd: US Open Golf Invite - Join Us in Boston Live

**Brian Fritz**
To: Kristy McCabe

Thu 1/6/2022 9:3

You replied to this message on 1/7/2022 7:22 AM

Brian,

Championship golf is finally returning to The Country Club this year <u>June 16- 19</u> for the 122nd U.S. Open Golf Championship in Brookline, MA (right outside of Boston).

I have access to a limited number of packages to this event and hope you can take advantage of this very nice opportunity.

This will be a great opportunity to reconnect with necessary customers or friends in an amazing city.

<u>Your package will include the following:</u>
- 8 Tickets each day Thursday through Sunday with tournament access
- 5 nights accommodations in a downtown Boston luxurious hotel
- Hospitality curated by Boston inspired meals
- Dedicated operations support leading up to and during the entire event

**Simply Reply "Yes"** to receive the full offer to attend.

Regards,

Nick Helwig
**Princeton Group Sports Marketing**
Office: 608-554-0700 ext 215
Cell: 608-408-8314
www.princetongroupsports.com



11:53 AM
5/15/2022

