IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRITZ BIANCULLI, <br><br> *Plaintiff*, <br><br> v. <br><br> PATRICK MCCABE, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br><br> NO. 24-4741-JMY |

### ORDER

AND NOW, this 9th day of September, 2025, upon consideration of Plaintiff's Motion for Judgment on the Pleadings of Defendant Patrick McCabe's Amended Counterclaim for Defamation (Count III), any response thereto, and the record as a whole, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Defendant Patrick McCabe's Amended Counterclaim for Defamation is hereby **DISMISSED** with prejudice.

BY THE COURT:

/s/ John Milton Younge
HONORABLE JOHN MILTON YOUNGE
U.S. District Judge