# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRITZ & BIANCULLI, LLC d/b/a FRITZ BIANCULLI, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 24-cv-4741 |
| v. | : : | |
| PATRICK MCCABE, *et al.*, | : : | |
| Defendants. | : : | |

## **ORDER**

AND NOW, this 11th day of September, 2025, upon consideration of Plaintiff Fritz & Bianculli's Motion for Protective Order and Sanctions Against Defendant Patrick McCabe (ECF No. 88), the outrageous and offensive comments allegedly issued by Defendant Patrick McCabe, and the record as a whole, it is **ORDERED** that this case is stayed indefinitely until further notice. The Court will address the comments allegedly issued by Defendant McCabe at a later time. It is further **ORDERED** that this case is referred to United States District Judge Paul S. Diamond for the purposes of mediation.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**