IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRITZ BIANCULLI, LLC, | : |
| Plaintiff, | : Civil Action No. 2:24-cv-04741 |
| v. | : |
| PATRICK MCCABE, et al., | : |
| Defendants. | : |

## DECLARATION

I, Patrick McCabe, based upon personal knowledge, hereby declare as follows:

1. On September 9, 2025, I sent to my ex-wife a text message that is the subject of Plaintiff's September 11, 2025 Motion for Protective Order.

2. I sent the message out of frustration and in a moment of emotional weakness born out of the circumstances underlying this case.

3. It was an error in judgment to send the text message to my ex-wife.

4. I should not have communicated regarding this case with my ex-wife who is an attorney and member of the opposing party's law firm.

5. I immediately regretted sending this message.

6. I will not communicate with my ex-wife about this case again.

7. I should not have sent the message as I understood that I should have communicated through my counsel any frustrations that I may have had with any aspect of this case.

8. I apologize to the Court, Judge Younge, the Parties, and all counsel of record for sending it.

9. I further apologize to the Court, Judge Younge, the Parties, and all counsel of record for any disruption in this litigation that my text message caused.

THIS DECLARATION IS MADE IN ACCORDANCE WITH 28 U.S.C. SECTION 1746. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 16th day of September 2025.

_____
Patrick J. McCabe, Esq.