

September 19, 2025

**VIA EMAIL AND FACSIMILE**
The Honorable Paul S. Diamond
14614 U.S. Courthouse
601 Market Street, Courtroom 14-A
Philadelphia, Pennsylvania 19106
Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

    Re:    Fritz Bianculli, LLC v. Patrick McCabe, et al.
           EDPA No.: 2:24-cv-04741-JMY

Dear Judge Diamond:

    This firm represents Patrick McCabe in the above-referenced matter. The undersigned counsel submits this letter on behalf of Mr. McCabe, with the consent of all parties, to respectfully request a continuance of the mediation scheduled with Your Honor on September 25, 2025, for the reasons set forth below.

    I will be out of the country on September 25 and until October 13, 2025. In addition, the client representative of Holland & Knight, LLP, who has been involved with this matter since it began, is a Florida-based attorney who has pre-existing commitments during the last two weeks of October. Finally, I am attached for trial between October 27 and November 7, with jury selection scheduled to take place on October 23. As such, I respectfully request that mediation be scheduled for a date on or after November 10, 2025.

    Plaintiff consents to a continuance at the convenience of the Court. If the Court wishes to accommodate the availability of all counsel entered on the case, counsel for Plaintiff will of course cooperate in such scheduling.

    Thank you for your consideration of this matter.

                                                  Respectfully yours,

                                                  Joe H. Tucker, Jr.

cc:  All Counsel of Record (via email)

*"Making Results Happen"*
*Ten Penn Center • 1801 Market Street, Suite 2500 • Philadelphia, PA 19103*
*Tel 215.875.0609 • Fax 215.559.6209*
*www.tlgattorneys.com*