IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRITZ & BIANCULLI, LLC D/B/A FRITZ BIANCULLI,** : | |
| Plaintiff, : | |
| v. : | Civ. No. 24-cv-4741 |
| : | |
| **PATRICK MCCABE,** *et al.*, : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 19th day of September, 2025, it is **ORDERED** that the **MEDIATION CONFERENCE** scheduled for September 25, 2025 at 1:00 P.M. in the above-captioned case is **RESCHEDULED** for November 18, 2025 at 1:30 P.M. in Room 14614, 601 Market Street, Philadelphia, PA 19106.

It is **FURTHER ORDERED** that mediation memos of no more than ten pages should be sent to chambers by email to Chambers_of_Judge_Paul_S_Diamond@paed.us.courts.gov by November 13, 2025 at 10:00 a.m., and that the parties are to indicate whether their memos are being submitted *ex parte*.

**LEAD TRIAL COUNSEL SHALL ATTEND THE CONFERENCE. COUNSEL SHOULD BE FAMILIAR WITH ALL ASPECTS OF THE CASE AND SHALL HAVE FULL AUTHORITY TO NEGOTIATE AN AMICABLE SETTLEMENT. IF COUNSEL DOES NOT HAVE AUTHORITY, THEN PERSONS WITH SUCH AUTHORITY MUST BE PRESENT AS WELL. CLIENTS MUST ATTEND THIS CONFERENCE.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.