UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRITZ BIANCULLI, LLC**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**PATRICK MCCABE, HOLLAND AND KNIGHT, LLP, JEAN DONOHUE, AND ERIC BERG**<br><br>　　　　　　Defendants. | Civil Action<br><br>No. 2:24-cv-04741 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

　　Kindly withdraw the appearance of Nancy Fisher Onaderu, Esquire on behalf of the Defendant, Patrick McCabe, in connection with the above-captioned matter.

　　　　　　　　　　　　　　　　　　**TUCKER LAW GROUP, LLC**

Dated:  October 27, 2025　　　　　　/s/ Nancy Fisher Onaderu
　　　　　　　　　　　　　　　　　　Nancy Fisher Onaderu, Esquire
　　　　　　　　　　　　　　　　　　1801 Market Street, Suite 2500
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　(215) 875-0609

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, Patrick McCabe*

## CERTIFICATE OF SERVICE

I, Nancy Fisher Onaderu, Esquire, hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            **TUCKER LAW GROUP, LLC**

Dated:  October 27, 2025　　　　　　　/s/ Nancy Fisher Onaderu
　　　　　　　　　　　　　　　　　　　Nancy Fisher Onaderu, Esquire