

November 25, 2025

**VIA EMAIL AND ECF:**
The Honorable John Milton Younge
15613 U.S. Courthouse
601 Market Street, Courtroom 15-B
Philadelphia, Pennsylvania 19106
Chambers_Younge@paed.uscourts.gov

  Re: Fritz Bianculli, LLC v. Patrick McCabe, et al.
     EDPA No.: 2:24-cv-04741_____

Dear Judge Younge:

  As counsel for Defendant, Patrick McCabe ("Mr. McCabe"), enclosed please find a letter from Mr. McCabe apologizing for his September 9, 2025 text message to his former wife. My colleagues and I apologize for the unintended impact of our client's text message on Your Honor. We are also sorry that the Court's limited judicial resources have been significantly utilized to preside over a marital dispute. We are deeply appreciative of the Court's thoughtfulness, patience, and consideration throughout this case.

              Respectfully yours,

              Joe H. Tucker, Jr.

cc:  All Counsel of Record (via email)

*"Making Results Happen"*
*Ten Penn Center • 1801 Market Street, Suite 2500 • Philadelphia, PA 19103*
*Tel 215.875.0609 • Fax 215.559.6209*
*www.tlgattorneys.com*

November 24, 2025

**VIA EMAIL AND ELECTRONIC FILING**
The Honorable John Milton Younge
15613 U.S. Courthouse
601 Market Street, Courtroom 15-B
Philadelphia, Pennsylvania 19106
Chambers_Younge@paed.uscourts.gov

Re:   **Fritz Bianculli, LLC v. Patrick McCabe, et al.**
      **EDPA No.: 2:24-cv-04741-JMY**

Dear Judge Younge,

I write to offer my sincere apology for the baseless text message I sent my ex-wife on September 9, 2025. I unequivocally withdraw any accusation or suggestion, however unintended, against you.

In that private message, I reacted in frustration at my ex-wife and her affair partner. The text message was meant as an indictment of them and their behavior. In my emotional state, it did not even occur to me that anyone might think I was referring to you in any way, even indirectly. I never meant to suggest or imply that you had acted improperly, only that my wife and Mr. Fritz had acted improperly. I should not have sent the text message, let alone worded it with such disregard. It was thoughtless, and deeply disrespectful to you and to the Court.

I also want to express my profound regret for the position I have placed you in. You have a superb judicial reputation. I have the utmost regard for you as a Judge and for your efforts to preside over this highly contentious lawsuit. I am extremely grateful for your integrity, thoughtfulness, time, and attention in this very difficult matter. I should not have allowed my frustration and emotion to lead me to a moment of thoughtless behavior.

I offer this apology to you without reservation, and hope that you can forgive me.

Respectfully,

*Patrick J. McCabe* (signature)

Patrick J. McCabe

cc: All Counsel of Record