

December 1, 2025

<u>**VIA EMAIL:**</u>
The Honorable Paul S. Diamond
14614 U.S. Courthouse
601 Market Street, Courtroom 14-A
Philadelphia, Pennsylvania 19106
Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

      Re:   **Fritz Bianculli, LLC v. Patrick McCabe, et al.**
              <u>**EDPA No.: 2:24-cv-04741-JMY**</u>

Dear Judge Diamond:

     Attached please find correspondence filed today on behalf of Plaintiff, as well as email correspondence we sent to the parties last week.  On behalf of Defendant, Patrick McCabe, we request that a follow-up settlement conference be scheduled in order to resolve this matter.  We will provide proposed settlement terms for Your Honor's review by the end of this week.

     Thank you for your attention to this matter.


                  Respectfully yours,

                  Joe H. Tucker, Jr.
                  *Counsel for Defendant, Patrick McCabe*

cc:  All Counsel of Record (via email)



George Bochetto†^
Gavin P. Lentz*
Jeffrey W. Ogren*
David P. Heim*
Vincent van Laar*
Bryan R. Lentz*
John A. O'Connell*
Kiersty DeGroote·*
Kean C. Maynard*
Matthew L. Minsky†*·
Ryan T. Kirk
Brett Stander

Albert M. Belmont, III*
Michael J. McCarrie
*of Counsel*

**George Bochetto**
*Attorney at Law*
gbochetto@bochettoandlentz.com

1524 Locust Street
Philadelphia, PA 19102
215-735-3900
Fax: 215-735-2455

203 High Street
Mt. Holly, NJ 08060
856-722-9595
Fax: 856-722-5511

10 Beatty Road
Suite 202
Media, PA 19063
484-443-8232
Fax: 484-442-8238

\* Admitted to the New Jersey Bar
† Admitted to the New York Bar
· Admitted to the the Virginia Bar
^ Admitted to the D.C. Bar
· Admitted to the Florida Bar

PRACTICE DEDICATED
TO LITIGATION AND
NEGOTIATION MATTERS

**bochettoandlentz.com**

**\*\*\*Please send all Mail to the Philadelphia Office\*\*\***

December 1, 2025

**VIA ECF**

Honorable John Milton Younge
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:    **Fritz Bianculli, LLC v. McCabe,** *et al.*
       **2:24-cv-04741-JMY**

Dear Judge Younge,

We are in receipt of the "apology" from Mr. McCabe and his counsel. We expected Mr. McCabe to make a genuine and credible apology for his conduct, not to use it as an opportunity to provide excuses and further falsities, including (i) the false and disputed fact that Mr. Fritz was Mr. McCabe's ex-wife's "affair partner," (ii) the accusation that Mr. Fritz "acted improperly" in connection with the Court's prior ruling, and (iii) the accusation that Mr. Fritz's "behavior" necessitates "indictment."

While Mr. McCabe may cite an impulsive lack of control over his own emotions as a reason for his "one time slip up" insinuating the Court was involved in bribery, his conduct since his first "apology" demonstrates otherwise. Among other preposterous accusations, Mr. McCabe continues to slander Mr. Fritz, in writing, describing him as a "criminal" and Ms. Fischer's "overlord." (*See* attached messages recently sent by Mr. McCabe).

There is no question but that an ongoing protective order needs to be imposed, among other things.

**BOCHETTO & LENTZ, P.C.**
December 1, 2025
Page **2** of **2**

       Thank you for the Court's attention to this matter.

                           Respectfully submitted,

                           **BOCHETTO & LENTZ, P.C.**

               By:    */s/ George Bochetto*
                       George Bochetto

GB:mt
Enclosure

cc:    All Parties of Record (Via ECF)

# Exhibit "A"





Please send me both scripts. Thanks

Today 8:14 PM

On Weds please send ███████ striped vineyard vines golf shirt. Thanks

Delivered

are you taking them "out of state" or just to a criminal's house?

iMessage



**9:25**

PM

**Pat** ›

If you aren't going to provide me with the flight information, then don't come to my house for the kids in the morning. You are not complying with the settlement agreement.

Today 8:30 AM

Please send the kids out

Please send me the flight info

at 8:45 I will call the police if the kids are not outside

you will get the flight info before we board.

Your incessant harassing demand for it sooner is only so you can cause trouble

No it's because the last time



iMessage



9:25

**PM**

**Pat** ›

Please send me the flight info

at 8:45 I will call the police if the kids are not outside

you will get the flight info before we board.

Your incessant harassing demand for it sooner is only so you can cause trouble

No it's because the last time you took them out of state you never provided me with any information at all. You refused to comply with the agreement, just like you are now

**Delivered**

as I told you, if you have legal issues please have your attorney contact my attorney

iMessage



**8:55**

PM
Pat ›

Tuesday. ████████
████████████████
████████████

**Mon, Nov 17 at 4:30 PM**

Only 15 tickets left for the ████████████. Did you get tickets?
If you're not going to, can I take ██████?

██ wants to go

> Going forward, I will only be communicating with you via Our Family Wizard.

good luck with that. in the mean time I'll continue trying to do what's best for our kids. You should give it a try instead of posturing for your overlord.

> OFW



iMessage



**10:04**

**PM**

Pat ›

...his gait is totally different
and his ████████████████
████████████████████████
███████████

> Patrick please comply with
> Paragraph  (1) of the August
> 2022 Consent Order that
> you signed and Judge
> Cramer entered.
> I am sending my response to
> your questions there.

**Delivered**

it's always easy to tell when
you're with your boss. one of
you should learn the law or
hire a 5th divorce lawyer to
explain it you. that order was
superseded.

that I write about our son's
health and you respond with
nonsense for legal strategy
to prop up false narratives is
so very deplorably you.

+  iMessage  🎤





you should learn the law or hire a 5th divorce lawyer to explain it you. that order was superseded.

that I write about our son's health and you respond with nonsense for legal strategy to prop up false narratives is so very deplorably you.

I sent a message regarding  in OFW

**Delivered**

as I told you months ago, I no longer use that. So if your intention is to communicate about ▮▮▮▮ health, you should do it here. But that's obviously not your intention so carry on.

🌙 Pat has notifications silenced

iMessage

**From:** Jessica Rickabaugh
**To:** George Bochetto (gbochetto@bochettoandlentz.com); Kiersty Degroote; Igoe, William B.; Kearney, Brian
**Cc:** Joe Tucker
**Subject:** Fritz v. McCabe, et al. - Call from Judge Diamond"s Chambers
**Date:** Wednesday, November 26, 2025 12:18:00 PM

All,

I received a call from Judge Diamond's chambers inquiring about the status of settlement discussions.  We are aiming to provide Judge Diamond a proposed term sheet next week.

Also, at the end of the conference last week, Judge Diamond mentioned that Plaintiff would be dismissing Jean Donohue and Eric Berg.  I have not seen that happen yet.  Where does that stand?

Happy Thanksgiving,
Jess



**Jessica A. Rickabaugh, Esquire**
Ten Penn Center
1801 Market Street
Suite 2500
Philadelphia, PA  19103
215-875-0609 (phone)
215-982-2278 (direct)
215-559-6209(fax)
jrickabaugh@tlgattorneys.com

 Please consider the environment before printing this e-mail.