## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRITZ & BIANCULLI, LLC d/b/a FRITZ BIANCULLI, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | No. 24-cv-4741 |
| v. | : : | |
| PATRICK MCCABE, *et al.*, | : : | |
| Defendants. | : : : | |

## **ORDER**

AND NOW, this 17th day of December, 2025, following the parties' mediation with United States District Judge Paul S. Diamond pursuant to this Court's Order (ECF No. 89), it is hereby ORDERED as follows:

1. The stay of proceedings entered in this matter by the Court (ECF No. 89) is lifted;

2. Defendant McCabe's Motion to Compel Kristy Fischer's Second Deposition (ECF No. 78) is summarily DENIED;

3. Defendant McCabe's Motion to Compel the Depositions of a 30(b)(6) Designee of Fritz & Bianculli, Brian Fritz, Kevin Durkan, and Pasquale Bianculli (ECF No. 79) is summarily DENIED;

4. An in-court hearing on Plaintiff Fritz Bianculli's Motion for Protective Order and Sanctions Against Defendant Patrick McCabe (ECF No. 88) shall be held in Courtroom 15-B, United States Courthouse, 601 Market Street, Philadelphia, PA on **Tuesday, January 6, 2026 at 10:00 a.m**.

BY THE COURT:

*/s/ John Milton Younge*
_____
**Judge John Milton Younge**