IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRITZ & BIANCULLI, LLC d/b/a FRITZ BIANCULLI,** | : | Civil No. 2:24-cv-04741-JMY |
| *Plaintiff,* | : | |
| v. | : | |
| **PATRICK MCCABE, HOLLAND AND KNIGHT, LLP, JEAN DONOHUE, and ERIC BERG,** | : | |
| *Defendants.* | : | JURY TRIAL DEMANDED |

**STIPULATION OF VOLUNTARY DISMISSAL WITH
<u>PREJUDICE OF JEAN DONOHUE AND ERIC BERG</u>**

The parties, through undersigned counsel, hereby stipulate and agree that the action is voluntarily dismissed with prejudice as against Defendants Jean Donohue and Eric Berg only, with Plaintiff, Mr. Berg, and Ms. Donohue to bear their own fees and costs. This Stipulation shall have no effect on the claims or defenses of the remaining parties to this action, all of which remain pending.

Respectfully submitted,

| | |
|---|---|
| **BOCHETTO & LENTZ, P.C.** | **BALLARD SPAHR LLP** |
| */s/ Ryan T. Kirk* | */s/ William B. Igoe* |
| Ryan T. Kirk, Esquire | William B. Igoe, Esquire |
| *Attorney for Plaintiff Fritz & Bianculli, LLC d/b/a Fritz Bianculli* | *Attorney for Defendants Holland & Knight, LLP, Jean Donohue, and Eric Berg* |

**TUCKER LAW GROUP, LLC**

<u>*/s/ Jessica A. Rickabaugh*</u>
Jessica A. Rickabaugh, Esquire
*Attorney for Defendant Patrick McCabe*

                                          Dated: February 23, 2026

## CERTIFICATE OF SERVICE

I, Ryan T. Kirk, hereby state that I caused to be served a copy of the foregoing on all counsel of record in this action via ECF Notification, on or about February 23, 2026.

**BOCHETTO & LENTZ, P.C.**

*/s/ Ryan T. Kirk*
Ryan T. Kirk, Esquire
*Attorney for Plaintiff Fritz & Bianculli, LLC d/b/a Fritz Bianculli*