**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **FRITZ BIANCULLI, LLC,** | : | |
| | : | |
| | : | **Civil Action No. 2:24-cv-04741** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **PATRICK MCCABE, HOLLAND AND** | : | |
| **KNIGHT, LLP, JEAN DONOHUE, AND** | : | |
| **ERIC BERG,** | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## **ORDER**

AND NOW, this 2nd day of April, 2026, upon consideration of Defendant Patrick McCabe's Motion to Dismiss Count IV of Plaintiffs' Amended Complaint (ECF No. 108), and Plaintiffs' Response in Opposition thereto, it is hereby **ORDERED** that:

1.  Defendant's Motion to Dismiss Count IV is **DENIED**;

2.  Defendant's request for sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) is **DENIED**.

BY THE COURT:

/s/ John Milton Younge
_____
HONORABLE JOHN MILTON YOUNGE
U.S. District Judge